David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MARCY CARROLL*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARCY CARROLL, | Case No. 2:17-cv-00929-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| PRIME ACCEPTANCE CORPORATION, | |
| Defendant. | |

Plaintiff MARCY CARROLL and Defendant PRIME ACCEPTANCE CORPORATION hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: May 9, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Chad C. Butterfield, Esq. |
| David H. Krieger, Esq. | Chad C. Butterfield, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 10532 |
| HAINES & KRIEGER, LLC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 8985 S. Eastern Avenue Suite 350 | 300 South Fourth Street, 11th Floor |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendant PRIME ACCEPTANCE CORPORATION* |

### **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: May 11, 2017.